IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cindy Taylor, *on behalf of*
Hailey Grove,

    Plaintiff,

  v.                              Case No. 2:20-cv-5785

Commissioner of
Social Security,

    Defendant.

ORDER

    This matter is before the court for consideration of the December 4, 2020, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b).  The magistrate judge recommended denying plaintiff's application to proceed *in forma pauperis*.  The magistrate judge noted that the income and assets identified by plaintiff did not demonstrate that plaintiff is unable to pay for the costs of this litigation and still provide for herself, and that the affidavit submitted by plaintiff is incomplete.

    The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation."  Doc. 5, p. 4.  The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

    The court agrees with the report and recommendation of the

magistrate judge (Doc. 5), and it is hereby adopted.  Plaintiff's application for leave to proceed *in forma* pauperis (Docs. 1 and 4) is denied.  Plaintiff is ordered to either file a completed affidavit or pay the required filing fee of $402 by January 6, 2021.

Date: December 23, 2020               s/James L. Graham
                                     James L. Graham
                                     United States District Judge